UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>RENO J. CONTRERAS,<br><br>      Defendant. | Case No. 23-CR-185-JPS<br><br><br>**ORDER** |

   On October 17, 2023, the grand jury returned a three-count Indictment charging Defendant with one count in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C); one count in violation of 18 U.S.C. § 924(c)(1)(A)(i); and one count in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). ECF No. 16. On May 24, 2024, the Government filed an Information charging Defendant with a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C). ECF No. 34. That same day the parties filed a plea agreement, ECF No. 33; the parties later filed an amended plea agreement on October 15, 2024, indicating that Defendant agreed to plead guilty to the single-count Information, with the Government agreeing to move to dismiss the Indictment at the time of sentencing. ECF No. 46.

   The parties appeared before Magistrate Judge William E. Duffin on November 7, 2024 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 47. Defendant entered a plea of guilty as to Count One of the Information. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Duffin determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an

independent factual basis containing each of the essential elements of the offenses. *Id.*

On November 14, 2024, Magistrate Judge Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 49. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection thereto, will adopt it.

On November 18, 2024, the Government filed a motion for a preliminary order of forfeiture as to certain property of Defendant that was identified in the Information: the Cartier glasses recovered from the residence located at XXXX S. 59th St., West Allis, Wisconsin, on October 5, 2023. ECF No. 50. As part of his plea agreement, Defendant agreed to forfeit certain property as listed in the Information. ECF No. 46 at 10; *see also* ECF No. 34 at 2–3. The Court will, therefore, grant the Government's motion. *See* Fed. R. Crim. P. 32.2.

On November 18, 2024, the Government also moved to dismiss the following property items from the forfeiture notice of the Information:

1. approximately $637 in U.S. currency recovered from the residence located at XXXX S. 59th St., West Allis, Wisconsin, on October 5, 2023;

2. one silver in color electric pill press and one silver in color manual pill press recovered from the residence located at XXXX S. 59th St., West Allis, Wisconsin, on October 5, 2023; and

3. two 3M respirator masks recovered from the residence located at XXXX S. 59th St., West Allis, Wisconsin, on October 5, 2023.

ECF No. 50. The Government explained that item One above—$637 in U.S. currency—was returned to Defendant by the Milwaukee Police Department. *Id.* Items Two and Three above—the pill presses and respirator masks—are in the custody of the Milwaukee Police Department and will be disposed of through Milwaukee Police Department protocols. *Id.* Therefore, the Government does not need to pursue the judicial forfeiture of these items. *Id.* On these representations, the Court will grant the Government's motion.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation, ECF No. 49, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that the Government's motion for entry of a preliminary order of forfeiture, ECF No. 50, be and the same is hereby **GRANTED;**

**IT IS FURTHER ORDERED** that all right, title and interest in the following property are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c): Cartier glasses recovered from the residence located at XXXX S. 59th St., West Allis, Wisconsin, on October 5, 2023;

**IT IS FURTHER ORDERED** that the above-listed item shall be seized by the Federal Bureau of Investigation; the United States Marshals Service; or its duly authorized representative;

**IT IS FURTHER ORDERED** that, pursuant to Title 21, United States Code, Section 853(n)(1), the United States shall publish notice of this order and of its intent to dispose of the property according to law;

**IT IS FURTHER ORDERED** that the following items:

1. approximately $637 in U.S. currency recovered from the residence located at XXXX S. 59th St., West Allis, Wisconsin, on October 5, 2023;

2. one silver in color electric pill press and one silver in color manual pill press recovered from the residence located at XXXX S. 59th St., West Allis, Wisconsin, on October 5, 2023; and

3. two 3M respirator masks recovered from the residence located at XXXX S. 59th St., West Allis, Wisconsin, on October 5, 2023

be and the same are hereby **DISMISSED** without prejudice from the forfeiture notice of the Information filed on May 24, 2024, for the reasons set forth herein; and

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in Defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 11th day of December, 2024.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge